# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| SHANE PHILLIP NICKERSON,<br><br>       Plaintiff,<br><br>vs.<br><br>BRIAN GOOTKIN and JIM SALMONSEN,<br><br>       Defendants. | No. CV-22-34-H-SEH<br><br>ORDER |

Plaintiff Shane Phillip Nickerson has moved to dismiss this matter.[1] Defendants have not yet filed their Answers. Therefore, under Fed. R. Civ. P. 41(a)(2), the motion will be granted.

**ORDERED:**

1. Plaintiff's motion to dismiss is GRANTED. All pending motions are DENIED as moot.

2. The Clerk of Court is directed to close this matter and enter judgment under Rule 58 of the Federal Rules of Civil Procedure.

DATED this 25th day of August, 2022.

           *Sam G. Haddon*
           SAM E. HADDON
           United States District Judge

---

[1] Doc. 20.